COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Henry L. Maher v. Cynthia June Maher

Appellate case number:   01-14-00106-CV

Trial court case number:  C2011-0263D

Trial court:                      433rd District Court of Comal County

Appellant, Henry J. Maher, has filed in this Court an amended affidavit of inability to pay costs.[1] Appellee, Cynthia June Maher, and Comal County District Clerk, Kathy H. Faulkner, have filed contests to the affidavit. Accordingly, we abate the appeal and refer the contests to the trial court for determination pursuant to Texas Rule of Appellate Procedure 20.1. *See* TEX. R. APP. P. 20.1(h)(4) (providing that appellate court may refer matter to trial court), 20.1(i) (providing for trial court hearing); *see also Stritzinger v. Wright*, No. 03-11-00581-CV, 2012 WL 896164, at *1 (Tex. App.—Austin Mar. 15, 2012, no pet.) (mem. op.) (abating appeal for determination of contest to affidavit of indigence). The trial court shall set a hearing and give the parties reasonable notice of the date on which the contests will be heard. *See* TEX. R. APP. P. 20.1(i)(2)(B), (3).

The trial court shall make such findings of fact and render such orders as the court deems appropriate. The trial court clerk is directed to file with the Clerk of this Court a clerk's record containing the final judgment, notice of appeal, any amended affidavit of indigence, any amended or additional contest(s) to the affidavit of indigence, the trial court's signed order extending the time for conducting a hearing on the contest (if any), the trial court's signed findings and order on the contests to the affidavit of indigence, and any other documents directly related to the affidavit of indigence. *See* TEX. R. APP. P. 34.5(c)(1). If the trial court sustains a contest to appellant's affidavit and appellant files a motion challenging such order, the court reporter must promptly file with the Clerk of this Court a reporter's record of the hearing. *See* TEX. R. APP. P. 20.1(j)(1), (3).

---

[1]    This appeal was transferred to this Court by order of the Texas Supreme Court pursuant to its docket equalization efforts. *See* Misc. Docket No. 14-0001 (Tex. Jan. 7, 2014); *see also* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

The trial court clerk and/or court reporter must file the required record with the Clerk of this Court no later than 45 days from the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated when the appropriate records on the contests are filed with this Court.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
☑ Acting individually     ☐ Acting for the Court


Date:  February 27, 2014